**No. 09-1273. Astra USA, Inc., et al., Petitioners v. Santa Clara County, California.**

561 U.S. 1057, 131 S. Ct. 61, 177 L. Ed. 2d 1151, 2010 U.S. LEXIS 5743.

September 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 588 F.3d 1237.

**No. 09-1279. Federal Communications Commission, et al., Petitioners v. AT&T Inc., et al.**

561 U.S. 1057, 131 S. Ct. 61, 177 L. Ed. 2d 1151, 2010 U.S. LEXIS 5745.

September 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit granted. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 582 F.3d 490.

**No. 09-1298. General Dynamics Corporation, Petitioner v. United States.**

**No. 09-1302. The Boeing Company, Successor to McDonnell Douglas Corporation, Petitioner v. United States.**

561 U.S. 1057, 131 S. Ct. 62, 177 L. Ed. 2d 1151, 2010 U.S. LEXIS 5760.

September 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit in No. 09-1298 granted limited to Question 1 presented by the petition. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit in No. 09-1302 granted limited to Question 2 presented by the petition. The cases are consolidated and a total of one hour is allotted for oral argument.

Same cases below, 567 F.3d 1340.

**No. 09-1343. J. McIntyre Machinery, Ltd., Petitioner v. Robert Nicastro, et ux.**

561 U.S. 1058, 131 S. Ct. 62, 177 L. Ed. 2d 1151, 2010 U.S. LEXIS 5747.

September 28, 2010. Petition for writ of certiorari to the Supreme Court of New Jersey granted, and the case is to be argued in tandem with No. 10-76, Goodyear Luxembourg Tires, S.A., et al. v. Brown, et ux., Co-Administrators of the Estate of Brown, et al., infra.

Same case below, 201 N.J. 48, 987 A.2d 575.